# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

v.  Case. No.  3:24cr17

Wendy Lawrence
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: **UNITED STATES DISTRICT COURT**<br>**701 EAST BROAD STREET**<br>**RICHMOND, VIRGINIA 23219** | COURTROOM:<br>5400/6100<br><br>DATE & TIME:<br>February 29, 2024 @<br>2:00pm and 2:30pm |

Before: The Honorable Summer L. Speight and the Honorable M. Hannah Lauck

To answer a(n):

☐ **Indictment**  ☐ **Superseding Indictment**  ☒ **Criminal Information**  ☐ **Complaint**
☐ **Order of Court**  ☐ **Sealed Order of Court**
☐ **Petition on Supervised Release**  ☐**Petition on Probation**
☐**Violation of Pretrial Release**  ☐**Violation Notice**

Charging you with a violation of: See attached Criminal Information

**YOU ARE SUMMONED TO APPEAR** for an initial/bond hearing before the Honorable Summer L. Speight on February 29, 2024, at 2:00pm in Courtroom No. 5400, and a plea hearing before the Honorable M. Hannah Lauck on February 29, 2024, at 2:30pm in Courtroom No. 6100.

<u>UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:</u>
<u>UNITED STATES PRETRIAL SERVICES</u>
<u>Suite 1150</u>
<u>701 East Broad Street</u>
<u>Richmond, Virginia 23219</u>
<u>(804) 916-2800</u>

| | |
|---|---|
| FILE COPY | 2/13/2024 |
| Signature of Issuing Officer | Date |

J. Smith, Deputy Clerk
Name and Title of Issuing Officer